JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-06854-FMC-SHx | Date | October 29, 2009 |
|---|---|---|---|
| Title | DSW Inc et al v. Shoe Pavilion Inc | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not present

Attorneys Present for Defendants: Not present

**Proceedings:**     ORDER DISMISSING CASE     (In Chambers)

The Court has read and considered Plaintiffs' Second Status Report. Based on the request contained therein, this action is DISMISSED WITHOUT PREJUDICE.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |